# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0117.  WILHY HARPO v. THE STATE.**

In March 2018, Wilhy Harpo was barred from entering any office of the Clerk of the Superior Court of Fulton County, the Clerk of the State Court of Fulton County, and the Clerk of the Magistrate Court of Fulton County after he violated several court orders.  The order specified that Harpo could still receive copies of any documents he needed by communicating with the appropriate Clerk by phone or mail.  On October 17, 2018, Harpo filed an application for interlocutory appeal to the Supreme Court, seeking to appeal a scheduling notice in a separate criminal case.  He argued that he could not properly prepare a defense for his upcoming criminal trial without access to the courts.  The Supreme Court transferred Harpo's application to this Court.  See S19I0319 (transferred October 31, 2018).  We, however, lack jurisdiction.

Pretermitting whether the notice of his trial date is subject to appellate review, because his criminal trial was pending below, Harpo was required to comply with the interlocutory appeal procedure, which includes obtaining a certificate of review from the trial court.  See OCGA § 5-6-34 (b); *Pace Constr. Corp. v. Northpark Assocs., L.P.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994).  Harpo has not included a certificate of immediate review with his application, depriving us of jurisdiction over this appeal.

Harpo also seeks to appeal the trial court's March 2018 order barring him from the Fulton County Clerk's offices – an order that appears unrelated to his upcoming criminal trial.  Ordinarily, we will grant an otherwise timely application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  To fall within this

general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d), (j). Because Harpo filed this application 205 days after entry of the court's March 2018 order, the application is untimely which respect to that order.

Accordingly, for the reasons stated above, Harpo's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>  12/19/2018        </u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



<u>                                  </u> *, Clerk.*